THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Don Ray
 Whitehurst, Appellant.
 
 
 

Appeal From Spartanburg County
 Gordon G. Cooper, Circuit Court Judge
Unpublished Opinion No.  2010-UP-459
Submitted October 1, 2010  Filed October
 21, 2010  
APPEAL DISMISSED

 
 
 
  Appellate Defender Kathrine Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Don
 Ray Whitehurst appeals his probation revocation, arguing the revocation court
 abused its discretion.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
WILLIAMS,
 PIEPER, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.